UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARCOS RAMOS HERNANDEZ, | Case No. 3:25-cv-00469-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| TERRY ROYAL, *et al.*, | |
| Respondents. | |

Petitioner Marcos Ramos Hernandez seeks an extension of time to file an amended petition. (ECF No. 13 ("Motion").) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Petitioner's first unopposed motion to extend (ECF No. 13) is granted. Petitioner has until July 13, 2026, to file his amended petition.

DATED THIS 20th Day of May 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE