UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MARCOS RAMOS HERNANDEZ,

Petitioner,

v.

TERRY ROYAL, *et al.*,

Respondents.

Case No. 3:25-cv-00469-MMD-CLB

ORDER

Petitioner Marcos Ramos Hernandez seeks an extension of time to file an amended petition. (ECF No. 15 ("Motion").) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Petitioner's second unopposed motion to extend (ECF No. 15) is granted. Petitioner has until September 28, 2026, to file his amended petition.

DATED THIS 24th Day of August 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE