UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARCOS RAMOS HERNANDEZ,

Petitioner,

v.

TERRY ROYAL, *et al.*,

Respondents.

Case No. 3:25-cv-00469-MMD-CLB

ORDER

Petitioner Marcos Ramos Hernandez seeks an extension of time to file an amended petition. (ECF No. 17 ("Motion.")) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Petitioner's third unopposed motion to extend (ECF No. 17) is granted. Petitioner has until December 11, 2026, to file his amended petition.

DATED THIS 4th Day of November 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE